UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY PIGFORD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANN VENEMAN, Secretary, <br>   United States Department of Agriculture, <br><br> Defendant. | Civil Action No. 97-1978 (PLF) |
| CECIL BREWINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANN VENEMAN, Secretary, <br>   United States Department of Agriculture, <br><br> Defendant. | Civil Action No. 98-1693 (PLF) |

## ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that movants' Amended Motion to Modify the Consent Decree, Request for Writ of Mandamus and Request for Emergency Hearing [941] is DENIED; it is

FURTHER ORDERED that movants' Motion to Disqualify Class Counsel and Request for Emergency Hearing [987] is DENIED; and it is

FURTHER ORDERED that movants' Motion for Reconsideration of Court's December 1, 2004 Order and Request for Expedited Ruling or, in the Alternative, Request for Clarification of Court's December 1, 2004 Order [1067] is DENIED as moot.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: