UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY PIGFORD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ANN VENEMAN, Secretary, )<br>United States Department of Agriculture, )<br>)<br>Defendant. )<br>_____ )| Civil Action No. 97-1978 (PLF) |
| CECIL BREWINGTON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ANN VENEMAN, Secretary, )<br>United States Department of Agriculture, )<br>)<br>Defendant. )<br>_____ )| Civil Action No. 98-1693 (PLF) |

### ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that the "Notice of Unprofessional Conduct by Michael Sitcov in Connection with Allegations of Department of Justice/Attorney Misconduct in Direct Relation to Class Members Cases and Defendant's Appeals of Arbitrator Awards," filed on December 22, 2004, shall be STRICKEN from the record; it is

FURTHER ORDERED that the "Notice of Environmental Working Group Communication with Assistant Attorney General Peter D. Keisler Regarding Allegations of

Department of Justice/Attorney Misconduct in Direct Relation to Class Members Cases and Defendants's Appeals of Arbitrator Awards," filed on December 23, 2004, shall be STRICKEN from the record; it is

      FURTHER ORDERED that movants' Motion for a Status Conference or Hearing Seeking Inquiry into the Track A and Track B Cases Handled by Margaret O'Shea and on Allegations of Department of Justice/Attorney Misconduct in Direct Relation to Class Members Cases and Defendant's Appeals of Arbitrator Awards and Other Matters as May be Determined by the Court [1076] is DENIED. Class counsel has already filed a motion on this subject for the Court's consideration; it is

      FURTHER ORDERED that movants' Amended Motion for Emergency Status Conference or Hearing Seeking Inquiry into the Track A and Track B Cases Handled by Margaret O'Shea and on Allegations of Department of Justice/Attorney Misconduct in Direct Relation to Class Members Cases and Defendant's Appeals of Arbitrator Awards and Other Matters as May be Determined by the Court and Request for Expedited Ruling [1080] is DENIED. Class counsel has already filed a motion on this subject for the Court's consideration; and it is

      FURTHER ORDERED that any "Notice" filed from this date forward which is not a proper notice that serves a genuine purpose related to a matter to be resolved by the Court in this litigation shall be STRICKEN from the docket of the Court.

      SO ORDERED.

                                              _____
                                              PAUL L. FRIEDMAN
DATE:                                        United States District Judge