UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
TIMOTHY PIGFORD, et al.,            )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )        Civil Action No. 97-1978 (PLF)
                                    )
ANN VENEMAN, Secretary,             )
    United States Department of Agriculture,  )
                                    )
        Defendant.                  )
_____)
                                    )
CECIL BREWINGTON, et al.,           )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )        Civil Action No. 98-1693 (PLF)
                                    )
ANN VENEMAN, Secretary,             )
    United States Department of Agriculture,  )
                                    )
        Defendant.                  )
_____)


ORDER

        On December 16, 2005, the Monitor in this case, Randi Ilyse Roth, submitted the

Monitor's Report and Recommendations Regarding Implementation of the Consent Decree for

the Period of January 1, 2004, through December 31, 2004 ("Monitor's Report").  The Monitor's

Report describes claims processing activities, Court orders, Monitor activities and observations,

significant Consent Decree implementation issues, and the parties' good faith efforts during the

time period described in the report.

Because the Court finds that the Monitor's Report contains important information on the implementation of the Consent Decree, it is hereby

ORDERED that the Monitor's Report and Recommendations Regarding Implementation of the Consent Decree for the Period of January 1, 2004, through December 31, 2004 is approved by the Court; and it is

FURTHER ORDERED that the Monitor's Report shall be made available to all interested parties by means of immediate posting on the District Court's website at http://www.dcd.uscourts.gov/district-court-recent.html.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
DATE: January 4, 2006                    United States District Judge

*Copies to:*

Michael Sitcov
Elizabeth Goitein
U.S. Department of Justice, Civil Division
20 Massachusetts Ave.
Room 6146
Washington, D.C.  20001

Randi Ilyse Roth
Office of the Monitor
340 Cedar Street, Suite 1000
Saint Paul, Minnesota  55101

Alexander J. Pires, Jr.
Conlon, Frantz, Phelan & Pires
1818 N Street, NW, Suite 700
Washington, D.C.  20036

J.L. Chestnut, Jr.
Rose M. Sanders
Chestnut, Sanders, Sanders & Pettaway
P.O. Box 1305
Selma, Alabama  36702

Michael Lewis
ADR Associates
1666 Connecticut Avenue, NW
Washington, DC  20009

Philip Fraas
Suite 400
3050 K St., NW
Washington, D.C. 20000-5108