UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
TIMOTHY PIGFORD, et al.,            )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )    Civil Action No. 97-1978 (PLF)
                                    )
MIKE JOHANNS, Secretary,            )
    United States Department of Agriculture, )
                                    )
        Defendant.                  )
_____ )
                                    )
CECIL BREWINGTON, et al.,           )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )    Civil Action No. 98-1693 (PLF)
                                    )
MIKE JOHANNS, Secretary,            )
    United States Department of Agriculture, )
                                    )
        Defendant.                  )
_____ )

ORDER

On December 7, 2005 Elmore and Ludean Hicks filed a pro se motion to enforce the Consent Decree entered in this case. The defendant filed an opposition to the motion and class counsel for the plaintiffs filed a brief on this matter. Exhibits attached to all three of these filings contain Elmore Hicks' social security number. Exhibits to the government's opposition and to class counsel's brief also contain Mr. Hicks' date of birth. This information should have been redacted from all of the filings, in compliance with the E-Government Act of 2002, as amended, Pub.L. No.107-347, 116 Stat. 2899 (codified at 5 U.S.C. §§ 3701-3707 and scattered

sections), and as prescribed by Local Civil Rule 5.4(f), and by this Court's "Notice Regarding Privacy and Public Access to Electronic Civil Case Files" (available at http://www.dcd.uscourts.gov/civil-privacy.pdf) which both direct all parties to redact this information from public filings.  The Court will place these unredacted documents under seal and require the parties to redact copies for the public file and to promptly file the redacted version, as is provided for in this Notice.  Accordingly, it is hereby

ORDERED that the Clerk of the Court shall place the unredacted Motion to Enforce the Consent Decree [1216], Opposition to the Motion to Enforce the Consent Decree [1222], and Response to the Motion to Enforce the Consent Decree [1225] under seal;  it is

FURTHER ORDERED that the defendant shall file a redacted copy of its Opposition to the Motion to Enforce the Consent Decree and class counsel shall file a redacted copy of its Response to the Motion to Enforce the Consent Decree, in compliance with this Court's privacy policy and this Order;  and it is

FURTHER ORDERED that on behalf of the pro se movants, the Clerk of the Court shall file a copy of their Motion to Enforce the Consent Decree redacting Elmore Hicks' social security number.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  February 23, 2006

*Copies to:*

Michael Sitcov, Esq.
U.S. Department of Justice, Civil Division
P.O. Box 883, Room 1022
Washington, D.C. 20044

Alexander J. Pires, Jr., Esq.
Conlon, Frantz, Phelan & Pires, LLP
1818 N Street, N.W.
Suite 700
Washington, D.C. 20036

Phillip L. Fraas, Esq.
3050 K Street, N.W., Suite 400
Washington, D.C. 20007-5108

J.L. Chestnut, Jr., Esq.
Chestnut, Sanders, Sanders,
Pettaway, Campbell & Albright, LLC
1 Union St.
Selma, AL 36701

Kenneth W. Barton
Butler, Snow, O'Mara, Stevens & Cannada
Deposit Guaranty Plaza, 17th Floor
210 East Capitol Street
Jackson, Mississippi 39201

Randi Ilyse Roth, Esq.
Office of the Monitor
46 East Fourth Street, Suite 1301
Saint Paul, Minnesota 55101

Anthony Herman, Esq.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Thomas W. Kirby, III, Esq.
1776 K Street, N.W.
Washington, DC 20006

Michael Lewis, Esq.
ADR Associates
1666 Connecticut Avenue, N.W.
Washington, D.C. 20009

Lester Levy
JAMS
2 Embarcadero Center
Suite 1100
San Francisco, CA 94111

Julie Redell
Nicole Fahey
Poorman-Douglas Corporation
10300 SW Allen Blvd.
Beaverton, Oregon 97005

Elmore and Ludean Hicks
479 County Road 36
Maplesville, Alabama 36750