IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY C. PIGFORD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, SECRETARY, )<br>THE UNITED STATES DEPARTMENT )<br>OF AGRICULTURE, )<br>)<br>Defendant. )<br>_____) | Civil Action No.<br>97-1978 (PLF) |
| CECIL BREWINGTON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, )<br>)<br>Defendant. )<br>_____) | Civil Action No.<br>98-1693 (PLF) |

**Motion to Withdraw as Class Counsel and Co-Lead Counsel and
For Appointment of Successor Counsel**

Comes now Alexander J. Pires, Jr. and hereby moves the Court for permission to withdraw as class counsel and co-lead counsel and for an order appointing and substituting David Frantz as class counsel and co-lead counsel. In support of this motion, counsel states as follows:

1. I began meeting with putative class members and putting this case together in 1997. I filed the complaint that same year and, subsequently, the Court

appointed me as class counsel and co-lead counsel with Phillip Fraas (and, later, J.L. Chestnut). I have worked on this case continuously since then.

2.  During the nine years I have served as class counsel, I have been a partner in the law firm of Conlon Frantz Phelan & Pires.

3.  On June 30, 2006, Conlon Frantz Phelan & Pires will be disbanding and a new firm, Conlon Frantz Phelan & Varma, will be formed.

4.  It is my intention to leave the active practice of law on June 30, 2006 and not maintain a formal law office in the District of Columbia. Although I intend to keep my District of Columbia bar license current, I will be a solo practitioner with a home office and no support staff. I have not accepted a new client or case in approximately five years and, in the future, intend to do only *pro bono* work.

5.  I am no longer a full-time resident of the District of Columbia but rather split my time between D.C. and Delaware, where I legally reside and where I have an interest in businesses unrelated to the practice of law, including a bank of which I am Chairman of the Board and a hospital of which I am an active board member.

6.  As set forth in the attached affidavit, since 1999 my partner David Frantz has worked with me representing the interests of the class in this case. During the past two years, Mr. Frantz has worked more hours on the case than I have, has taken a lead role in resolving many issues related to the implementation of the Consent Decree and has become a point person for communications with the class, the Government and the neutrals.

7.  Anu Varma, also a partner in Conlon, Frantz Phelan & Pires, has worked with me on *Pigford* since I filed it in 1997 and continues to devote much of his time to

the case, working with David Frantz. Mr. Varma will be a partner in the firm of Conlon Frantz Phelan & Varma where he will continue to work with Mr. Frantz on this matter.

8. If the Court grants this motion to withdraw and appoints David Frantz to succeed me as class counsel and co-lead counsel, there will be no disruption to the completion of this case because of the continuity provided by Mr. Frantz and Mr. Varma, two experienced attorneys who have worked on all facets of this case for many years.

9. I have contacted counsel for the defendant, Michael Sitcov, and he has authorized me to state that the defendant has no objection to the relief sought herein. I also contacted co-lead counsel J.L. Chestnut, who stated he consents to this motion. I have been unable to speak with Phillip Fraas.

WHEREFORE, and for all the foregoing reasons, the undersigned respectfully requests that the Court allow this motion.

Respectfully submitted,

/s/
Alexander J. Pires, Jr.  #185009
David J. Frantz  #202853
Anurag Varma  #471615
**CONLON, FRANTZ, PHELAN & PIRES, LLP**
1818 N Street, N.W., Suite 700
Washington, DC  20036
Ph: (202)331-7050