**LAW OFFICES OF DAVID A. BRANCH, P.C.**
**1825 Connecticut Avenue, NW Suite 690**
**Washington, DC 20009**
**(202) 785-2805 ph.**
**(202) 785-0289 fax**

10/26/07

Summary of Time Spent on Claims for Willie Branch, #2298 and Raymond Goodwyn, Sr. #482.

| Date | Services | Time |
|---|---|---|
| 5/4/99 | Travel to Watson, AR from Washington, DC to meet with disabled farmer Willie Branch, who has difficulty reading and understanding USDA paperwork. (Bill at ½ rate for travel time of 15 hours.) | 7.5 |
| 5/5/99 | Review class action complaint form. Discuss complaint with farmer And search for farmer records for Records confirming application For non credit conservation Benefit. | 4.0 |
| 5/6/99 | Travel to Memphis to attend Meeting to fill out complaint. (Bill at ½ rate for travel time of 3 hours.) | 1.5 |
| 5/6/99 | Attend meeting with client With class counsel to fill out Complaint. | 2.5 |
| 5/8/99 | Travel from Watson, AR to Washington, DC. (Bill at ½ rate for travel time of 15 hours.) | 7.5 |
| 6/11/99 | Review Consent Decree; Complaint; Familiarize with case. | 2.5 |
| 6/11/99 | Meeting with Class Counsel re discussion of Class case and how to file claims. | 1.5 |

| Date | Description | Hours |
|---|---|---|
| 3/28/00 | Review court order setting forth guidelines for monitor review and develop format for petition. | 1.0 |
| 4/4/00 | Review court's order (4/4/00) setting forth guidelines for monitor. | .20 |
| 5/25/00 | Review Plaintiff's motion to add issues to 6/5/00 status conference (1143 later petitions and 940 late claims). | .20 |
| 6/17/00 | Review confidential memorandum from Randi Ilyse Roth re update and open issues. | .10 |
| 7/18/00 | Review court order (7/14/00) re stipulation and order on timeframe for filing claims. Review court order (7/14/00) re second supplemental Privacy Act order. | .10 |
| 7/20/00 | Review Monitor's report regarding hearing on certain plaintiffs' motion to reconsider fairness of consent decree. | .10 |
| 7/25/00 | Review memoranda from Randi Roth re Attorneys fees; settlement; and open issues. | .20 |
| 7/27/00 | Review court's order setting forth hearings on 7/31/00 re fairness of consent decree and attorneys fees. | .10 |
| 7/27/00 | Review arbitrator's decision in Golden Hardy case. | .10 |
| 8/15/00 | Correspondence from Lead Counsel re help needed on Virginia appeals. | .10 |
| 8/23/00 | Review Plaintiffs' response to plaintiffs-objectors of 7/14/00 order. | .10 |
| 8/31/00 | Review Plaintiffs' Objection of Plaintiffs-Objectors reply to 7/14/00 stipulation and order. | .10 |

| Date | Description | Amount |
|---|---|---|
| 9/11/00 | Receive/review final decisions on Raymond Goodwyn, Virginia farmer, and Willie Branch Arkansas farmer, assigned to office. | .50 |
| 9/12/00 | Review Stipulation and Order re filing petitions with facilitator. | .10 |
| 9/27/00 | Review correspondence from class counsel re process for ordering government files. | .10 |
| 9/29/00 | Correspondence from Lead Counsel re Track B decisions. | .10 |
| 10/4/00 | Interview Raymond Goodwyn #482 re issues in his appeal. | .60 |
| 10/4/00 | Interview farmer Willie Branch re issues in his appeal. | .40 |
| 10/26/00 | Formulate issues for appeal for Raymond Goodwyn #482; draft appeal. | 2.30 |
| 10/31/00 | Formulate issues for appeal for Willie Branch; draft appeal. | 3.40 |
| 11/3/00 | Review sample register of petitions to be filed with Poorman Douglas. | 1.0 |
| 11/8/00 | Review correspondence from class counsel re extension of 11/13/00 deadline for filing petitions for review. | .10 |
| 11/9/00 | Review court's order (11/8/00) re setting forth time frame for filing register of petitions and actual petitions. | .10 |
| 11/13/00 | Prepare and submit register for farmers for appeals: Raymond Goodwyn and Willie Branch. | .70 |
| 11/13/00 | Send register of petitions via Fedex to Poorman Douglas; serve on government. | $13.50 |

| Date | Description | Hours |
|---|---|---|
| 11/24/00 | Review correspondence from Poorman Douglas re spreadsheet listing all claimants for petitions to be filed by 12/15/00. | .10 |
| 12/8/00 | Revise; edit and finalize appeals; assemble and copy documents in appeal for Raymond Goodwyn #482. | 2.10 |
| 12/11/00 | Revise; edit and finalize appeals; assemble and copy documents in appeal for Willie Branch. | 2.30 |
| 12/15/00 | File petitions for monitor review for farmers Raymond Goodwyn and Willie Branch. Serve on facilitator and government. | .50 |
| 12/19/00 | Review class counsel's report to the court regarding 12/15/00 filing of class counsel and of counsel petitions for monitor review and motion to allow class counsel to make one register of petitions. | .20 |
| 12/20/00 | Review correspondence from class counsel re obtaining evidence on similarly situated white farmers for appeals. | .10 |
| 12/28/00 | Review correspondence from class counsel re monitor reports filed with the court. | 1.10 |
| 1/9/01 | Review Court's decision on reconsidering fairness of consent decree. | .10 |
| 2/4/01 | Review Monitor's January 2001 Report regarding Registers of Petitions. | .30 |
| 2/9/01 | Review stipulation and order (2/7/01) re debt relief. | .10 |
| 4/5/01 | Review court's order (3/8/01) re interim award of attorneys fees and costs. | .30 |
| 5/9/01 | Review Defendant's response to Plaintiff's motion for relief from the stipulation and | |

| | | |
|---|---|---|
| | order of July 14, 2000. | .10 |
| 5/10/01 | Review Plaintiff's reply to Defendant's response to plaintiff's motion for relief from stipulation and order of July 14, 2000, as modified by the court's order of November 8, 2000. | .10 |
| 5/16/01 | Review court's order (5/15/01) re sanctions for non compliance with deadlines. | .10 |
| 6/28/01 | Review court's order (6/28/01) re sanctions for class counsel. | .10 |
| 5/22/07 | Receipt/review decision of Office of Monitor directing review of decisions for petition filed by Willie Branch, #2298 and Raymond A. Goodwyn, #482. Discuss decision with Clients. | 2.0 |
| 10/16/07 | Receipt/review decision of Adjudicator awarding relief on petitions filed by Willie Branch, #2298 and Raymond A. Goodwyn, #482. | 1.0 |
| 10/16/07 | Prepare summary of fees for transmission to Department of Justice for payment of fees. | 2.0 |
| 10/16/07-10/26/07 | Emails to/from Andrea Newmark re efforts to settle claims. | .30 |
| 10/26/07 | Draft fee petition. | 2.0 |

| | | |
|---|---|---|
| Total Hours | 5/99-6/01= 46.40 hours @ $250/hour 8-10 years of experience= | $11,600.00 |
| | 6/07- 10/07=7.3 hours at $375/hour 11-19 years of experience= | $2737.50 |
| | Fedex Fees | $13.50 |
| | Total Due | $14,351.00 |