UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIMOTHY C. PIGFORD, et al.
    PLAINTIFFS

v.                                                        CIVIL ACTION NO. 97-1978 (PLF)

TOM VILSACK, SECRETARY, THE UNITED
STATES DEPARTMENT OF AGRICULTURE
    DEFENDANT

CECIL BREWINGTON, et al.
    PLAINTIFFS

v.                                                        CIVIL ACTION NO. 98-1693 (PLF)

TOM VILSACK, SECRETARY, THE UNITED
STATES DEPARTMENT OF AGRICULTURE
    DEFENDANT

### IN RE: THE TRACK B ARBITRATION OF JAMES STEPHENSON CLAIM NO. 18759, ARBITRATION NO. 064

### MOTION OF CROSS & KEARNEY PLLC FOR ATTORNEYS' FEES AND EXPENSES

    Cross & Kearney PLLC moves for an award of attorneys' fees and expenses incurred in its successful representation of James Stephenson. Mr. Stephenson was the prevailing party in a Track B arbitration claim against the USDA in *In Re: The Arbitration of James Stephenson, Claim No. 18759, Arbitration No. 064*. Cross Kearney seeks:

| | |
|---|---|
| Fees in representing Mr. Stephenson | $221,392.25 |
| Fees incurred by Cross Kearney in seeking payment of fees and expenses | $11,431 |
| Fees incurred by the undersigned in seeking payment | $19,600 |
| Expenses | $21,817.92 |
|     Total | $274,241.17. |

                    Respectfully submitted,

                    /s/ David U. Fierst
                    DAVID U. FIERST (#912899)
                    Stein, Mitchell, Muse, Cipollone & Beato, LLP
                    1100 Connecticut Avenue, N.W., Suite 1100
                    Washington, DC 20036
                    Tel. (202) 737-7777
                    Fax (202) 296-8312

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Attorneys' Fees and Expenses was served this 7th day of July, 2014 by the Court's ECF on all counsel of record.

                    /s/ David U. Fierst