UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIMOTHY C. PIGFORD, et al.
    PLAINTIFFS

v.                                CIVIL ACTION NO. 97-1978
(PLF)

TOM VILSACK, SECRETARY, THE UNITED
STATES DEPARTMENT OF AGRICULTURE
    DEFENDANT


CECIL BREWINGTON, et al.
    PLAINTIFFS

v.                                CIVIL ACTION NO. 98-1693
(PLF)

TOM VILSACK, SECRETARY, THE UNITED
STATES DEPARTMENT OF AGRICULTURE
    DEFENDANT

**IN RE:  THE TRACK B ARBITRATION OF JAMES STEPHENSON
CLAIM NO. 18759, ARBITRATION NO. 064**

**DECLARATION OF DAVID U. FIERST**

I, David U. Fierst, do hereby declare as follows:

1.  I have personal knowledge of the matters stated herein.

2.  I am a partner in Stein, Mitchell, Muse, Cipollone & Beato LLP, located at 1100 Connecticut Avenue N.W., Washington D.C. 20036.

3.  I have a B.A. degree from the University of Pennsylvania, and a J.D. degree from the National Law Center at George Washington University. I am a member of the

1

Bar of the District of Columbia, and have been since 1975.  I am also a member of the Bar of the State of Maryland and various appellate courts.

4.  I have been retained by Cross Kearney PLLC in connection with its motion for payment of fees and reimbursement of expenses arising from the successful representation of James Stephenson in a Track B arbitration arising from the settlement of the above captioned matter.

5.  I kept contemporaneous records of my time in this matter.  I devoted the following time to this motion, up to and including June 30, 2014:

| Date | Lwyr | Hours | Explanation |
|---|---|---|---|
| 10/22/2013 | DUF | 0.70 | Review documents concerning fee petition |
| 10/31/2013 | DUF | 0.90 | Review previous petition for fee and opinion of arbitrator |
| 11/7/2013 | DUF | 0.70 | Review file on previous fee request; email to J. Kearney |
| 12/9/2013 | DUF | 1.10 | Review of file from Kearney |
| 12/10/2013 | DUF | 3.80 | Review of documents from Kearney; draft of motion for fees |
| 12/12/2013 | DUF | 4.60 | Draft motion for fees |
| 12/13/2013 | DUF | 2.60 | Draft motion |
| 2/4/2014 | DUF | 1.00 | Motion for fees |
| 4/17/2014 | DUF | 2.00 | Motion for fees |
| 4/18/2014 | DUF | 3.80 | Motion for fees |
| 4/22/2014 | DUF | 1.90 | Motion for fees |
| 6/13/2014 | DUF | 4.10 | Motion for fees |
| 6/18/2014 | DUF | 3.60 | Draft motion for fees |
| 6/25/2014 | DUF | 1.10 | Motion for fees |

| | | | |
|---|---|---|---|
| 6/26/2014 | DUF | 4.80 | Motion for fees |
| 6/30/2014 | DUF | 2.50 | Motion for fees |

6. My hourly rate in this matter is $500 per hour. This is lower than would be presumptively reasonable pursuant to the *Laffey* matrix.

7. My fee to date, computed based on my number of hours multiplied by my hourly rate, is $19,600. I anticipate additional time should a reply be necessary.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of July, 2014.

/s/ David U. Fierst
David U. Fierst (D.C. Bar No. 912899)
STEIN, MITCHELL, MUSE, CIPOLLONE & BEATO LLP
1100 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036
(202) 737-7777 ▪ Fax: (202) 296-8312
DFierst@steinmitchell.com