## CROSS & KEARNEY
## WORK TIME SHEET
# JAMES T. STEPHENSON

| DATE | REFERENCE | TIME | EXPENSE | ATTY |
|------|-----------|------|---------|------|
| 2/14/99 | Review Consent Decree, Claim Form | 1.00 | | JLK |
| 2/15/99 | Initial meeting w/ Stephenson discuss claim; retainer agreement | 2.30 | | JLK |
| 5/18/99 | Meet w/ Stephenson to discuss his general farm operation/experience for the years covered by the class action | 3.70 | | JLK |
| 5/19/99 | Began review of Stephenson's personal farm records: 1987 OL App/Appeal (103 p) 1989 SD App/Appeal (85 p) 1989 FO/OL App/Appeal (61 p) 1985 FO/OL App/Appeal (124 p) 1994 FO App/Appeal (211 p) 1994 OL App/Appeal (110 p) 1989 Disaster Program Records (60 p) | 7.60 | | JLK |
| 5/20/99 | Continue review of farm records: 1990 Disaster Program Records (23 p) 1991 Disaster Program Records (172 p) 1992 Disaster Program Records (23 p) 1993 Disaster Program Records (76 p) 1994 Disaster Program Records (104 p) 1995 Land Lease documents (37 p) 89-96 ASCS Crop Acreage Reports (394 p) | 6.10 | | JLK |
| 5/21/99 | Review: Additional ASCS Crop Acreage Reports 86-89 (300 p) USDA Records of Deeds, Mortgages & farming statements of various local black & white farmers filed of record with the Chicot County Circuit Clerk & Recorder (283 p) James Stephenson lien & mortgage documents (200 p) | 8.20 | | JLK |

| | | | |
|---|---|---|---|
| 5/22/99 | Continue review of farm records: | | |
| | 1993 Correspondences w/ Congressman Dickey (4p) | | |
| | 1995 FCI Folder (105 p) | | |
| | 1996 FCI Folder (107 p) | | |
| | Farm History FSN 996 (124 p) | | |
| | Farm History FSN 1289 (203 p) | | |
| | Farm History FSN 1027 (156 p) | | |
| | Farm History FSN 1594 (60 p) | | |
| | Farm History FSN 995 (100 p) | | |
| | Farm History FSN 982 (71 p) | 8.60 | JLK |
| 5/23/99 | Continue review of farm records: | | |
| | Farm Operation Expenses/Production records (770p) | 7.10 | JLK |
| | **Total Attorney hours 6/1/98 through 5/31/99 @ 335.00 per hour** | **44.60** | **$14,941** |
| | **Total Paralegal hours 6/1/98 through 5/31/99 @ 85.00 per hour** | **0** | **$0** |
| 6/18/99 | Conf w/ Stephenson to discuss specific data/documents needed for economic expert to evaluate claim; he will gather and bring/send to my office | 1.50 | JLK |
| 6/25/99 | Conf w/ Stephenson to discuss/identify/facts similar white farmers | 2.40 | JLK |
| 6/26/99 | Continue review of farm records: | | |
| | Farm History, Farm # 996 (134p) | | |
| | Farm History, Farm # 1289 (203p) | | |
| | Farm History, Farm # 1027 (156p) | | |
| | Farm History, Farm # 1594 (60p) | | |
| | Farm History, Farm # 995 (100p) | | |
| | Farm History, Farm # 982 (71p) | 7.20 | JLK |
| 6/27/99 | Conf w/ Stephenson/R. Stuby for info to do economic analysis | 1.10 | JLK |
| 6/29/99 | Conf w/ Stephenson to verify info and documents to fill out Plaintiff's Track B Arbitration Packet 16 p. | 0.70 | JLK |
| | Continue review of Stephenson's personal farm records: | | |
| | Chicot County Acreage Report File 1989-1996 (394p) | 4.0 | JLK |

| | | | |
|---|---|---|---|
| | Complete review of Stephenson's farm records, including: various other documents, i.e. deeds, leases, corr & reports of meetings with FmHA & corr to local, state & national officials at USDA & members of Congress (770p) | 8.00 | JLK |
| 7/14/99 | Rec/Rev R. Stuby's economic evaluation (2.2 million loss) | 1.60 | JLK |
| 10/5/99 | Conf w/ Stephenson to complete/sign Track B claim package | 4.20 | JLK |
| 10/5/99 | Corr to Black Farmer's Settlement w/ attached completed claim form and supporting documents 18p | 1.00 | JLK |
| 11/4/99 | Conf w/ R. Stuby; appointment to review his economic analysis of Stephenson on Nov 13 obtain info | 0.70 | JLK |
| 11/4/99 | Rec/Rev Claim Facilitators acknowledgment of receipt of Claim from | 0.25 | JLK |
| 11/13/99 | Meet w/ R. Stuby RE: Stephenson economic analysis | 1.00 | JLK |
| 12/22/99 | Office conf w/ Stephenson to further discuss the requirements for his case under Track B process | 2.00 | JLK |
| 12/28/99 | Rec/Rev Initial Hearing Notice w/ Rules and Procedures for Arbitration 6p. | 0.80 | JLK |
| 12/28/99 | Calendar Hearing Notice | 0.20 | paralegal |
| 1/3/00 | Conf w/ Stephenson to discuss and confirm hearing date; develope names/address/contact info for witnesses | 0.80 | JLK |
| 1/11/00 | Rec/Rev from Stephenson a package containing his background; memo RE: witnesses/contact info; | 6.25 | JLK |
| 1/11/00 | Phone conf w/ Stephenson (x3) | 0.90 | JLK |
| 1/12/00 | Begin compiling witness/exhibit lists; questionnaires to formulate witness statements and direct testimonies | 6.30 | JLK |
| 1/13/00 | Begin selecting exhibits for exhibit list | 5.50 | JLK |
| 2/1/00 | Draft Plaintiff's Request for Production w/ attach EX 1 (7 p) | 2.70 | JLK |
| 2/1/00 | Mailed/sent Request for Production to Arbitrator, cc: M. Hart DOJ | 0.50 | JLK |

| 2/8/00 | Corr to M. Lewis requesting enlargement of time to meet discovery obligation; cc: US Atty M. Hart 1 p. | 0.75 | JLK |
|---|---|---|---|
| 2/14/00 | Rec/Rev fax from R. Stuby requesting additional documents/info RE: Stephenson farm operations delivered to me by Stephenson 1 p. | 0.25 | JLK |
| 2/16/00 | Assemble Info requested Feb. 14, 2000 by R. Stuby | 1.75 | JLK |
| 2/17/00 | Draft corr to R. Stuby enclosing additional info/documents 1 p. | 0.30 | JLK |
| 2/17/00 | Mailed requested info to R. Stuby | 0.50 | Paralegal |
| 2/18/00 | Rec/Rev via fax R. Stuby's Analytical Assumptions RE: Economic loss 14 p. | 0.30 | JLK |
| 2/21/00 | Rec/Rev via fax documents supporting report from Stuby | 1.25 | JLK |
| 2/22/0 | Office conf w/ Stephenson to discuss R. Stuby's findings | 2.00 | JLK |
| 2/24/00 | Corr to M. Sitcov requesting stipulation for extending time to submit witness and exhibit list; cc: M. Lewis | 0.50 | |
| 2/24/00 | Fax to M. Lewis & M. Sitcov; parties stipulate to extending due date for witness/exhibit list 4 p. | 0.50 | JLK |
| 2/24/00 | Continue work on witness/exhibit lists | 6.10 | JLK |
| 2/25/00 | Complete compiling witness/exhibit list | 3.75 | JLK |
| 2/24/00 | Telephone Conference w/ US Atty RE: Settlement potential for this claim; and stay arbitration schedule pending negotiations | 0.60 | JLK |
| 2/25/00 | Rec/Rev corr from M. Hart to Arbitrator RE: Proposed stipulation for stay of arbitration while parties attempt to settle | 0.30 | JLK |
| 2/28/00 | Fax to DOJ and M. Lewis confirming stipulation w/ Hart 2 p. | 0.50 | JLK |
| 2/28/00 | Discuss settlement w/ Hart; phone conf w/ Stephenson RE: Settlement offer | 1.25 | JLK |
| 2/29/00 | Prepare final draft and serving Arbitrator& DOJ Lists of Exhibits 24 p. via Fedex | 2.30 | JLK |
| 2/29/00 | Draft letter transmitting both witness & exhibit lists | 0.30 | JLK |

| | | | |
|---|---|---|---|
| 3/1/00 | Rec/Rev New Hearing Notice/Deadlines | 0.20 | JLK |
| 3/1/00 | Calendar new hearing date | 0.30 | Paralegal |
| 3/1/00 | Rec/Rev copy of corr to L. Singer from M. Hart confirming settlement negotiations | 0.30 | JLK |
| 3/1/00 | Telephone Conference w/ M. Hart RE: settlement negotiations | 0.50 | JLK |
| 3/1/00 | Rec/Rev copy of letter from M. Sitcov to L. Singer RE: settlement negotiations; stay | 0.25 | JLK |
| 3/1/00 | Phone conf w/ M. Hart RE: settlement | 0.60 | JLK |
| 3/6/00 | Rec/Rev corr from M. Lewis responding to the settlement negotiation stipulation | 0.25 | JLK |
| 3/21/00 | Corr to USDJ M. Sitcov RE: whereabouts of DOJ's Answers to Request for Production | 0.30 | JLK |
| 3/21/00 | Fax corr to USDJ | 0.40 | Paralegal |
| 3/22/00 | Draft corr to witness RE: placement on witness list to Stephane Wright | 0.40 | JLK |
| 3/22/00 | Fax corr to Stephane Wright | 0.30 | Paralegal |
| 3/30/00 | Corr to Stephenson RE: Contact info for Claimant's witness Chuck Culver | 0.40 | JLK |
| 3/30/00 | Mailed corr to Stephenson | 0.30 | Paralegal |
| 3/30/00 | Corr to C. Edwards RE: placement on witness list | 0.40 | JLK |
| 3/30/00 | Mailed corr to C. Edwards | 0.30 | Paralegal |
| 3/30/00 | Corr to G. Lewis RE: placement on witness list | 0.40 | JLK |
| 3/30/00 | Mailed corr to G. Lewis | 0.30 | Paralegal |
| 3/30/00 | Corr to H. English that depo will be necessary and will be scheduled later | 0.40 | JLK |
| 3/30/00 | Mailed corr to H. English | 0.30 | Paralegal |
| 3/30/00 | Corr to C. Nicholson RE: placement on witness list | 0.40 | JLK |
| 3/30/00 | Mailed corr to D. Nicholson | 0.30 | Paralegal |
| 3/30/00 | Corr to C. King RE: placement on witness list | 0.40 | JLK |
| 3/30/00 | Mailed to corr to C. King | 0.30 | Paralegal |
| 4/11/00 | Corr to J. Stephenson to provide copies of tax returns for years covered by claim | 0.30 | JLK |

| 4/17/00 | Rec/Rev fax corr from D. Frantz RE: issue of "attempt" to file claims 6 p. | 1.10 | JLK |
|---------|---------------------------------------------------------------------------|------|-----|
| 4/17/00 | Conf w/ Class Co-Counsel RE: significance/consequence of the "attempt" | 0.60 | JLK |
| 4/25/00 | Conf w/ Stephenson to draft detailed background and info statement | 1.75 | JLK |
| 4/25/00 | Preliminary draft of C. Culver witness statement for use in detailed background/informational statement | 2.00 | JLK |
| 4/25/00 | Preliminary draft of C. Edwards witness statement for use in detailed background/informational statement | 2.10 | JLK |
| 4/25/00 | Preliminary draft of G. Lewis witness statement for use in detailed background/informational statement | 2.40 | JLK |
| 4/27/00 | Preliminary draft of H. English witness statement for use in detailed background/informational statement | 2.70 | JLK |
| 4/27/00 | Preliminary draft of C. Nicholson witness statement for use in detailed background/informational statement | 2.10 | JLK |
| 4/27/00 | Preliminary draft of C. King witness statement for use in detailed background/informational statement | 2.10 | JLK |
| 5/8/00 | Conf w/debtors RE: settle farm debt lien on Stephenson Track B Claim | 3.50 | JLK |
| 5/24/00 | Rec/Rev Revised Hearing Notice # 2 (1 p) | 0.25 | JLK |
| 5/24/00 | Calendar new hearing date/deadline | 0.30 | Paralegal |
| 5/30/00 | Rec/Rev corr from J. Strode w/ attach RE: debt lien on any proceeds of Track B claim by Stephenson 4 p. | 0.50 | JLK |
| | **Total Attorney hours 6/1/99 through 5/31/00 @ $340 per hour** | **105.20** | **$35,768** |
| | **Total Paralegal hours 6/1/99 through 5/31/00 @ $90 per hour** | **3.80** | **$342** |
| 6/22/00 | Corr to Stephenson w/ additional Informational Questionnaire regarding his Detailed Background/Info Statement, to complete, review correct 1 p. | 0.50 | JLK |
| 8/17/00 | Mail corr to Stephenson | 0.30 | |
| 8/17/00 | Draft Motion for Sanctions RE: Discovery 6 p. | 2.40 | JLK |

| | | | | |
|---|---|---|---|---|
| 8/17/00 | Corr to ADR Assoc. w/ Claimant's Motion for Sanctions; cc: DOJ (6 p) via Fedex | 0.20 | | JLK |
| 8/17/00 | Mail corr to ADR Assoc./DOJ | 0.40 | | JLK |
| 9/12/00 | Rec/Rev Response in Opposition to Sanctions w/ Attachments (21 p.) | 1.60 | | JLK |
| 9/12/00 | Rec/Rev Defendant's Memorandum in Opposition to Claimant's Motion for Sanctions 8 p. | 1.70 | | JLK |
| 9/18/00 | Rec/Rev Arbitrator's Ruling on Claimant's Motion for Sanctions 4 p. | 0.75 | | JLK |
| 9/25/00 | Phone conf w/ Arbitrator L. Singer RE: Hearing schedule | 0.25 | | JLK |
| 9/25/00 | Rec/Rev corr via fax from D. Bensing RE: Discovery issue 3 p. | 0.25 | | JLK |
| 9/25/00 | Telephone Conference w/ D. Bensing RE: Further discussion of discovery | 0.40 | | JLK |
| 9/27/00 | Rec/Rev corr via fax from D. Bensing confirming discussion on discovery 3 p. | 0.20 | | JLK |
| 10/12/00 | Corr to M. Sitcov Re: Scheduling Deposition of all Government witnesses 1 p. | 0.20 | | JLK |
| 10/17/00 | Phone conf w/ USDA National Appeals Division RE: relationship of new complaints by Stephenson v. class action claim | 0.40 | | JLK |
| 10/17/00 | Claimant's Renewed Motion for Sanctions for Failure to Provide Discovery with Memorandum | 1.75 | | JLK |
| 10/19/00 | Rec/Rev corr from A. Ray RE: introduction of new lawyers assigned 1 p. | 0.25 | | JLK |
| 10/19/00 | Corr to A. Ray acknowledging assignment to case; reminder of discovery that is due from USDA | 0.30 | | JLK |
| 10/24/00 | Rec/Rev fax from A. Ray RE: Arbitrator's Ruling on Sanctions 3 p. | 0.30 | | JLK |
| 10/25/00 | Conf w/ Stephenson to receive and review additional documents; discuss revising witness list | 3.10 | | JLK |
| 10/25/00 | Draft Supplemental List of Exhibits ( EX 422-424) ; send to Ray, M. Lewis 6 p. | 0.70 | $18.60 | JLK |
| 10/25/00 | Draft Revised Supplemental List of Witnesses; send to Ray, Ms. Lewis 14 p. | 3.10 | $18.60 | JLK |

| 10/25/00 | Corr to C. Edwards listed witness; enclose Stephenson's proposed testimony; enclose direct testimony questionnaire for witness to complete; will follow up with phone call | 2.75 | | JLK |
| 10/25/00 | Corr to C. Culver listed witness; enclose Stephenson's proposed testimony; enclose direct testimony questionnaire for witness to complete; will follow up with phone call | 2.25 | | JLK |
| 10/25/00 | Corr to C. Nicholson listed witness; enclose Stephenson's proposed testimony; enclose direct testimony questionnaire for witness to complete; will follow up with phone call | 2.25 | | JLK |
| 10/25/00 | Corr to H. English listed witness; enclose Stephenson's proposed testimony; enclose direct testimony questionnaire for witness to complete; will follow up with phone call | 1.00 | | JLK |
| 10/25/00 | Corr to I. Leonard listed witness; enclose Stephenson's proposed testimony; enclose direct testimony questionnaire for witness to complete; will follow up with phone call | 2.25 | | JLK |
| 1025/00 | Corr to A. Jordan listed witness; enclose Stephenson's proposed testimony; enclose direct testimony questionnaire for witness to complete; will follow up with phone call | 2.10 | | JLK |
| 10/25/00 | Corr to G. Lewis listed witness; enclose Stephenson's proposed testimony; enclose direct testimony questionnaire for witness to complete; will follow up with phone call | 1.25 | | JLK |
| 10/25/00 | Corr to C. King listed witness; enclose Stephenson's proposed testimony; enclose direct testimony questionnaire for witness to complete; will follow up with phone call | 2.75 | | JLK |
| 10/26/00 | Rec/Rev Government Witness List via fax and US Mail 7 p. | 0.50 | | JLK |
| 10/30/00 | Corr to A. Ray, USDJ Re: Schedule Depositions 1 p. via Fedex | 0.20 | $18.60 | JLK |
| 10/31/00 | Phone conf. w/ A. Ray RE: scheduling Depositions | 0.50 | | JLK |

| | | | |
|---|---|---|---|
| 11/6/00 | Rec from A. Ray, & began to review requested records from Stephenson's USDA files and SSWF. (3 large boxes)<br>Began Review of USDA records:<br> LC001 (186 p) Stephenson's 1986 Farm Program participation records<br>LC002 (25 p) 1990 Farm program application files<br>LC003 (254 p) 1995 Farm program application files<br>LC004 (62 p)1989 Farm program application files<br>LC005 (87 p) 1986-1990 Farm program participation records<br>LC006 (155 p) 1993-1995 Farm program participation records<br>LC007 (124 p) 1993 Farm program application files | 9.00 | JLK |
| 11/7/00 | Continue review of USDA records:<br>LC008 (310 p) 1997 Farm program application files<br>LC009 (258. p) 1998 Farm program application files<br>LC010 (141 p) 1998 Ownership loan applications<br>LC011 (307 p) 1997 Farm program records | 10.00 | JLK |
| 11/8/00 | Continue review of USDA records:<br>FSA File 1 of 8 (498p) Record of Appeal RE: Stephenson's 1997 Chicot County loan denial Claim # 018759 | 4.75 | JLK |
| 11/9/00 | Continue review of USDA records:<br>Chicot county File PC001 (110 p) 1991-1999 Acreage reports<br>Chicot county File PC002 (146 p) OCR appeal claims<br>No File Name (189 p) 1987 Farm program application/review | 4.00 | JLK |
| 11/10/00 | Continue review of USDA records:<br>FSA File 1 of 8 continued (561p) Record of Appeal RE: Stephenson's 1997 Chicot County loan denial Claim # 0018759<br>No File Name (11 p) USDA copy of Stephenson's Track B claim<br>No File Name (172 p) 1987 Farm program application/review | 8.00 | JLK |
| 11/11/00 | Continue review of USDA records:<br> FSA 2 of 8 (744 p) OCR Claim # 0018759 | 8.00 | JLK |
| 11/12/00 | Continue review of USDA records:<br>FSA 3 of 8 (542 p) OCR Claim # 0018759 | 4.50 | JLK |

| 11/13/00 | Continue review of USDA records:<br>FSA 4 of 8 (323 p) OCR Claim # 0018759 | 3.00 | JLK |
|---|---|---|---|
| 11/13/00 | Phone conf w. L. Price RE: investigate addition<br>SSWF file at County Office | 0.75 | JLK |
| 11/13/00 | Corr to L. Price RE: SSWF files needed | 0.50 | JLK |
| 11/16/00 | Continue review of USDA records:<br>FSA 5 of 8 336 p;<br>FSA 6 of 8 524 p; | 9.00 | JLK |
| 11/17/00 | Phon conf w/ Cynthia Edward, witness | 0.40 | JLK |
| 11/17/00 | Corr to USDA National Appeals Div- Hearing RE:<br>Status of claim as relates to foreclosure proceedings | 0.20 | JLK |
| 11/21/00 | Continue review of USDA records:<br>FSA 7 of 8 25 p;<br>FSA 8 of 8 431 p | 6.00 | JLK |
| 11/22/00 | Continue review of USDA records:<br>PC007 FSA Chicot County farm records for W&R<br>Farms, SSWF Farm #412 (238p)<br>PC002 FSA Multi County farm reports for James<br>Winters, SSWF Farm # Various (4p)<br>PC004 FSA 1992-2000 Chicot County farm records<br>for James Winters, SSWF Farm #2030 (210p)<br>PC003 FSA 1999 Crop records & Disaster Claims,<br>James Winters, SSWF, Multi County Farm<br>operation covering various farm numbers (161p) | 8.00 | JLK |
| 11/28/00 | Continue review of USDA records:<br>PC001 FSA 1996 Ashley County Records for W&R<br>Farms, SSWF Various farm numbers (225p)<br>PC006 FSA 1996-2000 Chicot County acreage<br>reports, production reports, W&R Farms, SSWF,<br>various farm numbers | 7.00 | JLK |
| 11/29/00 | Continue review of USDA records:<br>LC005 FSA 1998-2000 Flexibility Contracts &<br>production reports, W&R Farms, SSWF, Multi<br>County, various farm numbers (215p)<br>FSA 1988-1996 Chicot County various documents,<br>production reports, acreage, crop insurance, lease<br>contract S&R Farms multi County, various farm<br>numbers (410p) | 9.00 | JLK |
| 12/11/00 | Rec/Rev via fax corr from A. Ray a copy of letter to<br>Arbitrator RE: Continuance | 0.30 | JLK |

| | | | |
|---|---|---|---|
| 12/19/00 | Rec/Rev Revised Hearing Notice # 4 from Arbitrator | 0.20 | JLK |
| 12/19/00 | Calendar new hearing | 0.30 | Paralegal |
| 1/7/01 | Rec/Rev corr from Stephenson RE: Witness availability | 0.30 | JLK |
| 1/12/01 | Rec/Rev corr from A. Ray confirming telephone conversation concerning deposition dates | 0.30 | JLK |
| 1/13/01 | Rec/Rev Completed questionnaires sent to witnesses Nicholson & Culver; begin preparing Direct Testimonies | 4.30 | JLK |
| 1/14/01 | Rec/Rev Completed questionnaires sent to witnesses King; Lewis & Jordan; begin preparing Direct Testimonies | 3.20 | JLK |
| 1/14/01 | Rec/Rev Completed questionnaires sent to witnesses English & Leonard; begin preparing Direct Testimonies | 3.80 | JLK |
| 1/15/01 | Continue preparation of Direct Testimonies for English & Jordan | 5.00 | JLK |
| 1/19/01 | Notice of Deposition change to C. Nicholson | 0.40 | JLK |
| 1/19/01 | Notice of Deposition change to C. Culver | 0.40 | JLK |
| 1/19/01 | Notice of Deposition change to C. King | 0.40 | JLK |
| 1/19/01 | Notice of Deposition change to G. Lewis | 0.40 | JLK |
| 1/19/01 | Notice of Deposition change to A. Jordan | 0.40 | JLK |
| 1/19/01 | Notice of Deposition change to A. Ray | 0.40 | JLK |
| 1/19/01 | Notice of Deposition change to H. English | 0.40 | JLK |
| 1/19/01 | Notice of Deposition change to I. Leonard | 0.40 | JLK |
| 1/19/01 | Corr to A. Ray attaching draft version of direct testimonies of Stephenson's witnesses 131 p. | 0.70 | JLK |
| 1/22/01 | Prepare Plaintiff's Notices to Appear for Deposition 2/12/01 to H. English | 0.60 | JLK |
| 1/22/01 | Prepare Plaintiff's Notices to Appear for Deposition 2/12/01 to H. English | 0.60 | JLK |
| 1/22/01 | Prepare Plaintiff's Notices to Appear for Deposition 2/12/01 to J. Stephenson | 0.60 | JLK |

| | | | | |
|---|---|---|---|---|
| 1/22/01 | Prepare Plaintiff's Notices to Appear for Deposition 2/12/01 to G. Stephenson | 0.60 | | JLK |
| 1/22/01 | Prepare Plaintiff's Notices to Appear for Deposition 2/12/01 to R. Stuby | 0.60 | | JLK |
| 1/22/01 | Prepare Plaintiff's Notices to Appear for Deposition 2/12/01 to C. Nicholson | 0.60 | | JLK |
| 1/22/01 | Prepare Plaintiff's Notices to Appear for Deposition 2/12/01 to G. Lewis | 0.60 | | JLK |
| 1/22/01 | Prepare Plaintiff's Notices to Appear for Deposition 2/12/01 to C. King | 0.60 | | JLK |
| 1/31/01 | Conf w/ Taylor to investigate/copy identified SSWF files needed in Ashley County | 3.00 | | JLK |
| 1/31/01 | Rec/Rev corr via fax; Calvin King ALFDC unable to attend deposition on 2/12/01 2 p. | 0.20 | | JLK |
| 2/1/01 | Deposition of USDA witnesses: Beck, Beatey, Huskey & Stringfellow | 8.00 | | JLK |
| 2/2/01 | Deposition of Stephenson witnesses, Stephenson, Lewis, English, Huskey; post deposition discussion w/ A. Ray of modifying witness list | 8.20 | | JLK |
| 2/2/01 | Corr to A. Ray Re: Confirming modified witness list; and outline witness depositions set for 2/12/01 and 2/28/01 1 p. | 0.40 | | JLK |
| 2/2/01 | Notice of Depo to Doug Snow witness for Claimant | 0.60 | | JLK |
| 2/2/01 | Notice of Depo to Gwen Stephenson witness for Claimant | 0.60 | | JLK |
| 2/2/01 | Notice of Depo to Chuck Culver witness for Claimant | 0.60 | | JLK |
| 2/2/01 | Rec Bushman Court Reporting Invoice #66374 for Depositions of Wayne Beaty, Keith Huskey, John Stringfellow, & Ronald Beck | 0.20 | $1,040.75 | JLK |
| 2/2/01 | Rec Bushman Court Reporting Invioce #66372 for Depositions of Henry English, James Stephenson & Georgia Lewis | 0.20 | $104.50 | JLK |
| 2/8/01 | Notice via fax of Depo to Calvin King witness for Claimant | 0.60 | | JLK |
| 2/12/01 | Depositions of Gwen Stephenson & Calvin King | 8.00 | | JLK |
| 2/12/01 | Travel to Cleveland, OH for Nicholson Depo | | | JLK |

| 2/13/01 | Nicholson Deposition | | | JLK |
|---|---|---|---|---|
| 2/14/01 | Return travel from Cleveland | | $580.32 | |
| 2/15/01 | Rec/Rev Bushman Court Reporting Invoice #66682 for Deposition of Claimant's witnesses G. Stephenson, D. Snow, C. Culver and C. King | 0.20 | $108.55 | JLK |
| 3/5/01 | Rec/Rev corr requesting Status of Stephenson claim w./ attach ; acknowledge receipt to J. Strode | 0.40 | | JLK |
| 3/5/01 | Corr to A. Ray Confirming Discovery Deadline | 0.30 | | JLK |
| 3/6/01 | Corr to A. Ray RE: Economist's expert report | 0.40 | | JLK |
| 3/8/01 | Corr via fax to A. Ray RE: Deposition of R. Stuby | 0.40 | | JLK |
| 3/9/01 | Corr to A. Ray RE: Demand Gov't expert report before deposition of R. Stuby | 0.30 | | JLK |
| 3/9/01 | Phone conv w/ A. Ray RE: Report of expert | 0.30 | | JLK |
| 3/15/01 | Rec/Rev USDA Expert's Report & Assessment of Potential Loss 17 p. | 2.10 | | JLK |
| 3/15/01 | Phone conf w/ A. Ray RE: Gov't Assessment | 0.50 | | JLK |
| 3/20/01 | Corr to A. Ray confirming Deposition of Experts for 3/27/01 | 0.30 | | JLK |
| 3/20/01 | Fax to R. Stuby copy of confirmation of Deposition | 0.20 | | JLK |
| 3/21/01 | Phone conf; then fax to A. Ray RE: Confirming agreement to rescheduling of Deposition, direct testimony; designation of witnesses to cross-examine, memo address factual and legal issues | 1.10 | | JLK |
| 3/21/01 | Corr to R. Stuby w/ copy of Government expert report; sent via FedEx 20 p. | 0.40 | | JLK |
| 3/21/01 | Phone conf w/ R. Stuby RE: Additional info need to review/revise Claimant's economic analysis | 0.70 | | JLK |
| 3/28/01 | Rec/Rev Revised Hearing Notice # 5 | 0.20 | | JLK |
| 3/28/01 | Calendar new hearing | 0.50 | | Paralegal |
| 3/28/01 | Travel to Washington, DC for 3/29/01 Depositions of Stuby & Trostle, Client & Gov't Experts respectively (leave 2:00 o'clock Spend night in DC for Depositions the next day; arrived in DC 8:00 o'clock (hotel) | 6.00 / 24.00 | | JLK |
| 3/28/01 | Travel Expenses (rental car, roundtrip airline ticket, meals) excluding hotel | | $619.39 | JLK |

| 3/29/01 | Deposition of Ron Trostle & R. Stuby (8:00 - 2:00); Remainder of day travel home (2:00 - 10:30) | 13.00 / 24.00 | JLK |
| 3/29/01 | Rec/Rev transcripts of Trostle & Stuby Depositions 15 p./ 79 p | 1.50 | JLK |
| 4/1/01 | Conf w/ Lottie to engage investigation to search records/find farm records on SSWF | 1.00 | JLK |
| 4/4/01 | Rec/Rev USDA's Motion to Dismiss w/ direct testimonies and exhibits 60 p. | 3.20 | JLK |
| 4/4/01 | Begin reviewing additional Farm Receipts of SSWF provided by investigators | 5.00 | JLK |
| 4/5/01 | Corr to ADR Assoc via fax RE: Delay in submitting Claimant's direct testimonies | 0.40 | JLK |
| 4/5/01 | Finalize/ship package w/ witnesses' Direct Testimonies via FedEx 78 p. | 7.00 | JLK |
| 4/5/01 | Rec/Rev Fax from A. Ray w/ additional exhibits to Motion to Dismiss 7 p. | 0.70 | JLK |
| 4/6/01 | Rec/Rev Emails (x2) from A. Ray inquiry RE: Stephenson witness direct testimonies | 0.50 | JLK |
| 4/6/01 | Revise witness direct testimonies for J. Stephenson, G. Stephenson, R. Stuby, A. English, G. Lewis, C. King and C. Nicholson | 7.10 | JLK |
| 4/8/01 | Rev/Finalize preparation of and Email (x2) Claimant's Supplemental Exhibit List | 5.00 | JLK |
| 4/8/01 | Ship via FedEx Supplemental Exhibit List | 0.50 | JLK |
| 4/8/01 | Finalize list of Government witnesses to be cross-examined | 1.30 | JLK |
| 4/8/01 | Email (x2) list of Government witnesses to be cross-examined 1 p. | 0.50 | JLK |
| 4/8/01 | Ship via FedEx list of Government witnesses to be cross-examined | 0.50 | JLK |
| 4/9/01 | Rec/Rev fax from A. Ray forwarding Government's Motion to Dismiss or For Judgment as a Matter of Law 25 p. | 2.00 | JLK |
| 4/9/01 | Rec/Rev fax from A. Ray w/ Memorandum in Support of Defendant's Motion to Dismiss 24 p. | 1.50 | JLK |
| 4/9/01 | Phone conf w/ James and Gwen Stephenson RE: issues in Motion to Dismiss | 0.80 | JLK |

| | | | | |
|---|---|---|---|---|
| 4/9/01 | Rev all documents Exhibits and direct testimony in support Response to the Motion to Dismiss 146 p | 3.30 | | JLK |
| 4/9/01 | Complete/revise Claimant's 2nd Supplemental Exhibit List 9 p. | 1.70 | | JLK |
| 4/9/01 | Rev/Finalize Claimant's Memorandum addressing legal and factual issues in dispute | 2.40 | | JLK |
| 4/9/01 | Package to ship via FedEx Revised 2nd Supplemental Exhibit List & Memorandum addressing legal and factual issues in dispute & Email 40 p. | 1.00 | $40.30 | JLK |
| 4/10/01 | Corr to J. Stephenson to relay the filing of Motion to Dismiss 1 p. | 0.40 | | JLK |
| 4/11/01 | Phone conf w/ J. Stephenson RE: grounds alleged in Motion to Dismiss | 0.60 | | JLK |
| 4/11/01 | Phone conf w/ G. Stephenson RE: basis to rebut Motion to Dismiss | 0.40 | | JLK |
| 4/12/01 | Rec/Rev via fax Government's Motion to Strike Supplemental Filings 5 p. | 0.70 | | JLK |
| 4/12/01 | Review file, research case law and begin drafting Response to Motion to Dismiss | 4.00 | | JLK |
| 4/13/01 | Finalize Claimants Combined Response/Memorandum in Opposition to Motion to Dismiss | 5.70 | | JLK |
| 4/13/01 | Fax to L. Singer copy of Claimant's combine Response/Memorandum to Motion to Dismiss | 0.20 | | JLK |
| 4/13/01 | Fax to A. Ray copy of Claimant's combine Response/Memorandum to Motion to Dismiss | 0.20 | | JLK |
| 4/13/01 | Prepare Trial Notebook in preparation for scheduled hearing | 3.20 | | JLK |
| 4/16/01 | Telephone Conference w/ Arbitrator L. Singer RE: Motion and Response to Dismiss | 1.00 | | JLK |
| 4/16/01 | Rec/Rev Arbitrator's Revised Scheduling Order reset hearing for 7/17/01; Government's Response to Claimant's Opposition to Dismissal 1 p. | 2.40 | | JLK |
| 4/16/01 | Phone conf w/ A. Ray RE: Pending issues in case & Ray needs another copy of Claimant's Combined Response/Memorandum | 0.50 | | JLK |

| 4/17/01 | Fax to A. Ray a copy of Claimant's prior Combined Response/Memorandum to Dismiss 14 p. | 0.40 | | JLK |
| 4/20/01 | Rec/Rev Ray's Reply to Claimants Opp to Def. Motion to Dismiss w/ exhibits 55 p. | 2.30 | | JLK |
| 4/23/01 | Corr to J. Stephenson w/ Reply to Claimants Opposition to Defendant's Motion to Dismiss; please contact me | 0.30 | | JLK |
| 4/24/01 | Corr via Email and Fax to ADR Assoc. (Arbitrator Singer) for time to submit additional Response to Government's motions/pleading; cc: A. Ray | 0.40 | | JLK |
| 5/8/01 | Rec/Rev formal Revised Hearing # 8 | 0.40 | | JLK |
| 5/8/01 | Calendar new hearing date | 0.30 | | Paralegal |
| 5/8/01 | Begin preparing rebuttal to Government's Reply to Claimants Opposition to Motion to Dismiss | 1.00 | | JLK |
| | **Total Attorney hours 6/1/00 through 5/31/01 @ $350 per hour** | **312.45** | | **$109,375** |
| | **Total Paralegal hours 6/1/00 through 5/31/01 @ $90 per hour** | **0** | | **$0** |
| 6/4/01 | Finalize Rebuttal to Defendant's Reply to Claimants Opp to Defendant's Motion to Dismiss rev 5 p. | 2.50 | | JLK |
| 6/4/01 | Rec/Rev Government's statement for clarification of the exhibits referenced in Government's Reply to Claimants Opp to Def Mot to Dismiss | 1.40 | | JLK |
| 6/7/01 | Rec/Rev the Arbitrator's Decision on Defendant's Motion to Dismiss; granted | 0.50 | | JLK |
| 6/7/01 | Phone conf w. A. Ray RE: Ramifications of decision | 0.50 | | JLK |
| 6/8/01 | Corr to J. Stephenson w/ copy of Arbitrators Decision on Defendant's Motion to Dismiss | 0.30 | | JLK |
| 6/9/01 | Begin review and copy file, exhibits and research for Petition for Monitor Review (copies/supplies at Staples) | 5.10 | $64.42 | JLK |
| 6/10/01 | Further rev/research and drafting Petition for Monitor Review | 3.50 | | JLK |
| 7/16/01 | Rec/Rev fax from Stuby RE: bill for services | 0.40 | | JLK |

| | | | | |
|---|---|---|---|---|
| 10/4/01 | Complete and finalize Claimant's Petition for Monitor Review; send via certified mail to Claim's Facilitator  26 p. | 6.00 | $11.10 | JLK |
| 10/4/01 | Phone call to Facilitator to confirm receipt of Motion for Review | 0.30 | | JLK |
| 10/4/01 | Phone conf w/ J. Stephenson to advise Petition filed | 0.40 | | JLK |
| 12/17/01 | Rec/Rev Defendant's Response to Petition for Monitor Review w/ 21 exhibits attach 92 p. | 2.60 | | JLK |
| 3/18/02 | Rec/Rev corr from USDA general counsel in response to J. Stephenson inquiry regarding claim status 2 p. | 0.30 | | JLK |
| 3/18/02 | Phone conf w/ J. Stephenson RE: letter from USDA RE: claim status | 0.40 | | JLK |
| 5/14/02 | Rec/Rev corr from M. Lewis RE: Recently promulgated rules governing Petitions for Monitor Review; must file disagreement of Monitor Review; i.e. Designation of the Record; must file record designated 1 p. | 0.50 | | JLK |
| 5/14/02 | Begin review of arbitration file for Designation of Record | 3.20 | | JLK |
| | **Total Attorney hours for the period of 6/1/01 through 5/31/02 @ $360 per hour** | **27.90** | | **$10,044** |
| | **Total Paralegal hours for the period of 6/1/01 through 5/31/02 @ $95 per hour** | **0** | | **$0** |
| 6/12/02 | Complete/Rev/Finalize Designation of Record for Monitor Review w/ pertitent pleadings  14 p. | 6.00 | | JLK |
| 6/18/02 | Send w/ attachments via Certified Mail to Black Farmer's Settlement enclosing Designation of Record 4 p. | 0.80 | $2.67 | JLK |
| 1/5/03 | Phone call from Stephenson RE: Inquiring about status of appeal | 0.20 | | JLK |
| 5/10/03 | Phone call from Stephenson RE: Inquiring about status of appeal | 0.30 | | JLK |
| | **Total Attorney hours for the period of 6/1/02 through 5/31/03 @ $370 per hour** | **7.30** | | **$2,701** |
| | **Total Paralegal hours for the period of 6/1/02 through 5/31/03 @ $100 per hour** | **0** | | **$0** |

| | | | |
|---|---|---|---|
| 12/1/03 | Phone call from Stephenson RE: Inquiring about status of appeal | 0.30 | JLK |
| 4/7/04 | Phone call from Stephenson RE: Inquiring about status of appeal | 0.20 | JLK |
| | **Total Attorney hours for the period of 6/1/03 through 5/31/04 @ $380 per hour** | **0.50** | **$190** |
| | **Total Paralegal hours for the period of 6/1/03 through 5/31/04 @ $105 per hour** | **0** | **$0** |
| 6/10/05 | Phone call from Stephenson RE: Inquiring about status of appeal | 0.30 | JLK |
| 3/25/06 | Phone call from Stephenson RE: Inquiring about status of appeal | 0.30 | JLK |
| | **Total Attorney hours for the period of 6/1/05 through 5/31/06 @ $405 per hour** | **0.60** | **$243** |
| | **Total Paralegal hours for the period of 6/1/05 through 5/31/02 @ $115 per hour** | **0** | **$0** |
| 7/12/07 | Phone call from Stephenson RE: Inquiring about status of appeal | 0.30 | JLK |
| 3/18/08 | Phone conf from A. Pagel, Monitor's Staff RE: Monitor's rendered Decision | 0.20 | JLK |
| 3/18/08 | Rec/Rev/Respond email from Monitor RE: inquiring means of email delivery of decision | 0.40 | JLK |
| 3/20/08 | Rec/Rev by FedEx Monitor Decision 27 p | 2.20 | JLK |
| 3/21/08 | Conf w/ J. Stephenson RE: Monitor Decision Ordering Re-Examining of Decision . | 2.30 | JLK |
| 3/21/08 | Sent J. Stephenson copy of Decision | 0.40 | JLK |
| 3/23/08 | Email to Monitor RE: Requesting Retrieval of Record on Review | 0.50 | JLK |
| 3/24/08 | Retrieve and inspect arbitration case files (2 large storage boxes) from off-site storage in preparation for arbitration | 1.25 | JLK |
| 3/24/08 | Office conf w/ Stephenson RE: next step after Monitor's Decision | 1.75 | JLK |
| 3/24/08 | Rec/Rev corr from Monitor RE: requested Records from Monitor's review | 0.30 | JLK |
| 4/23/08 | Phone conf w/ Stephenson RE: USDA/Credit Settlement v. Arbitration of case | 0.70 | JLK |

| | | | |
|---|---|---|---|
| ___/___/08 | Corr to M. Lewis RE: Arbitration Hearing on the remand decision | 0.30 | JLK |
| | **Total Attorney hours for the period of 6/1/07 through 5/31/08 @ $440 per hour** | **10.60** | **$4,664** |
| | **Total Paralegal hours for the period of 6/1/07 through 5/31/08 @ $125 per hour** | **0** | **$0** |
| 9/7/09 | Rec/Rev corr from Stephenson RE: Hearing date and procedure | 0.30 | JLK |
| ___/___/09 | Corr to M. Lewis RE: Arbitration Hearing on the remand decision | 0.50 | |
| | **Total Attorney hours for the period of 6/1/08 through 5/31/09 @ $465 per hour** | **0.80** | **$372** |
| | **Total Paralegal hours for the period of 6/1/08 through 5/31/09 @ $130 per hour** | **0** | **$0** |
| 1/1/10 | Rec/update on availability of persons named on list of witnesses from Stephenson | 0.40 | JLK |
| 4/22/10 | Rec/Rev Revised Hearing Notice #7 | 0.50 | JLK |
| 4/23/10 | Calendar Order & Arrange travel plans | 1.00 | Paralegal |
| 4/23/10 | Send Notice of Hearing schedule to Stephenson | 0.25 | JLK |
| 4/26/10 | Review various testimony/witness info | 2.25 | JLK |
| 4/27/10 | Rev the Claimant's Memo Addressing Legal and Factual Issues (39p) | 2.25 | JLK |
| 4/27/10 | Rev/Revised Witness List (15p), in preparation for hearing | 2.75 | JLK |
| 4/27/10 | Rev direct testimony of Richard Stuby (16p) in preparation of hearing | 1.75 | JLK |
| 4/27/10 | Phone conf w/ Stephenson RE: Hearing travel; contact witnesses and arrangement for transportation to hearing | 0.70 | JLK |
| 5/4/10 | Retrieve/Rev list of witnesses to be cross examined at hearing | 0.75 | JLK |
| 5/4/10 | Begin designating and putting together documents for arbitration handbook w/ index/table of contents | 3.90 | JLK |
| 5/4/10 | Continue to select/arrange items to comprise arbitration handbook | 4.00 | JLK |
| 5/4/10 | Started Table of Contents for Trial Notebook | 2.00 | Paralegal |

| | | | |
|---|---|---|---|
| 5/5/10 | Complete and set Table of Contents for Trial (Arbitration) Notebook (copy for DOJ & Arbitrator) (17 p x2) | 5.00 | Paralegal |
| 5/10/10 | Rec/Rev report from P. Dean RE: Witnesses availability | 0.10 | JLK |
| 5/10/10 | Report to Arbitrator RE: Status of Witness List | 0.25 | JLK |
| 5/11/10 | Phone conf w/ Stephenson RE: meeting to discuss case preparation | 0.25 | JLK |
| 5/11/10 | Corr to Dean RE: witnesses to cross examine | 0.70 | JLK |
| 5/18/10 | Email to/from Arbitrator RE: availability copy of Monitor record; Responded requesting a copy of record | 0.40 | JLK |
| 5/18/10 | Off conf w/ Stephenson RE: discuss witness identified to cross examine and contacting, arranging their presence at hearing | 0.50 | JLK |
| 5/19/10 | Phone call from Dean RE: settlement prospects; need to file for additional time to object to 2nd set of Plaintiff's exhibits | 0.20 | JLK |
| 5/19/10 | Begin reading direct testimony of Stephenson | 1.80 | JLK |
| 5/21/10 | Rec/Rev email from Dean w/ draft of Motion for Extension to File Government's Supplemental Memorandum | 0.30 | JLK |
| 5/21/10 | Rec/Rev email from Heilman RE: Copy of Monitor's file | 0.20 | JLK |
| 5/24/10 | Emailed Deen RE: No objection to time extension | 0.25 | JLK |
| 5/24/10 | Rec/Inspect copy of file from Monitor | 0.75 | JLK |
| 5/24/10 | Discussion with staff RE: choices of methods for binding documents for Arbitration handbook | 0.50 | JLK |
| 5/25/10 | Rec/Rev Motion for Extension of Time to Amend Statement of Facts/Legal Grounds | 0.50 | JLK |
| 5/26/10 | Email from K. Palmer RE: Motion for Extension | 0.40 | JLK |
| 5/26/10 | Rec/Rev email from Office of the Monitor RE: returning Monitor's Record on appeal | 0.10 | JLK |
| 5/26/10 | Phone call from Arbitrator RE: Approval of Motion | 0.10 | JLK |
| | **Total Attorney hours for the period of 6/1/09 through 5/31/10 @ $465 per hour** | **35.60** | **$16,554** |

| | | | |
|---|---|---|---|
| | Total Paralegal hours for the period of 6/1/09 through 5/31/10 @ $130 per hour | 8.00 | $1,040 |
| 6/3/10 | Phone conf w/ Dean DOJ; USDA offers to accept Stephenson's position on issues raised in USDA's Motions | 0.15 | JLK |
| 6/8/10 | Phone call to Stephenson RE: Settlement discussion; Left message | 0.10 | JLK |
| 6/9/10 | Partial review of Gov't pleadings - witnesses to be cross examined | 3.30 | JLK |
| 6/9/10 | Phone call to Stephenson; Left message | 0.10 | JLK |
| 6/10/10 | Corr Pat O'Brien RE: Substituting as expert for Dick Stuby | 0.50 | JLK |
| 6/10/10 | Rev Monitor's Decision/Memo addressing legal/factual issues; & Stuby testimony in preparation for hearing | 3.00 | JLK |
| 6/10/10 | Phone call from Dean RE: Settlement proposal; Stephenson's Counter demand | 0.20 | JLK |
| 6/11/10 | Rec/Rev email from Dean w/ Government's Supplemental Memorandum | 2.70 | JLK |
| 6/14/10 | Corr to P. O'Brien w/ copy of Scheduling Order and Direct Testimony of R. Stuby & Exhibit 417 | 0.40 | JLK |
| 6/15/10 | Research case law; draft Plaintiffs' Responsive Memorandum; call to Dan to discuss furhter Stephenson's counteroffer | 4.10 | JLK |
| 6/15/10 | Phone call, from Dean RE: Settlement; discussed Plaintiff's Reply to IIED.' supplemental response | 0.20 | JLK |
| 6/15/10 | Off conf w/ Stephenson RE: review of witness testimony; arrange transportation to hearing | 1.40 | JLK |
| 6/16/10 | Off conf w/ Stephenson prep for arbitration; make arrangements for travel | 1.25 | JLK |
| 6/16/10 | Letter to Pat O'Brien requesting his expert analysis | 1.00 | JLK |
| 6/16/10 | Rec/Rev email from O'Brien concerning my request | 0.45 | JLK |
| 6/24/10 | Rec/Rev email from O'Brien w/ proposed report | 1.70 | JLK |
| 6/25/10 | Phone call to Dean; not in; left message RE: issue of deceased witnesses | 0.20 | JLK |
| 6/26/10 | Emailed O'Brien RE: his 6/24/10 email | 0.75 | JLK |

| 6/27/10 | Phone call to Dean; not in left message RE: issue of deceased witnesses | 0.20 | | JLK |
| 6/27/10 | Phone call to Arbitrator Palmer; not in left message RE: discuss issues for arbitration | 0.20 | | JLK |
| 6/28/10 | Left message for O'Brien RE: expert testimony | 0.25 | | JLK |
| 6/29/10 | Left message for O'Brien RE: expert testimony | 0.25 | | JLK |
| 6/29/10 | Ph conf. w/ O'Brien RE: Strengths of new analytical approach | 0.40 | | JLK |
| 6/29/10 | Phone call from Palmer RE: arbitration issues; possibility of mediation | 0.40 | | JLK |
| 7/6/10 | Attempted to return Palmer's phone call; not in left message | 0.20 | | JLK |
| 7/6/10 | Phone call from Dean RE: Status of negotiation; discuss witness issues & possible mediation | 0.25 | | JLK |
| 7/6/10 | Phone conf w/ Stephenson RE: Deceased witnesses | | | JLK |
| 7/7/10 | Phone conf w/ K. Palmer RE: Mediation; reset hearing/meeting | 0.25 | | JLK |
| 7/7/10 | Phone conf w/ Palmer RE: further discuss mediation/hearing dates (x2) | 0.50 | | JLK |
| 7/7/10 | Visit to Staples to purchase Trial Notebook Supplies | 1.00 | $321.38 | Paralegal |
| 7/7/10 | Copy/construct binders for use as Trial Notebooks | 8.00 | | Paralegal |
| 7/8/10 | Continue copying/constructing binders for use as Trial Notebooks | 8.00 | | Paralegal |
| 7/8/10 | Rec/Rev email from Pat O'Brien RE: testimony | 0.50 | | JLK |
| 7/13/10 | Continue to prepare Trial Notebook | 2.00 | | Paralegal |
| 7/13/10 | Rec/Rev email from K. Palmer RE: Mediation | 0.10 | | JLK |
| 7/14/10 | Visit Staples for additional Trial Notebook/Supplies | 0.75 | $184.99 | Paralegal |
| 7/15/10 | Complete construction of binders for use as Trial Notebooks (3015 p x3) | 5.00 | | Paralegal |
| 7/16/10 | Drafted email to Arbitrator RE: Witness issue | 0.25 | | JLK |
| 7/17/10 | Phone conf w/ Calvin King RE: appearance at hearing to testify (x2) | 0.40 | | JLK |

| 7/17/10 | Phone conf w/ Stephenson RE: hearing postponement | 0.25 | | JLK |
|---------|--------------------------------------------------|------|--|-----|
| 7/19/10 | Rec/Rev email from Mediation Firm | 0.75 | | JLK |
| 7/19/10 | Phone call from K. Palmer RE: Settling unavailable witness issue | 0.20 | | JLK |
| 7/19/10 | Rec/Rev corr from Levi; complete and return w/ attachments 12 p | 1.50 | | JLK |
| 7/20/10 | Phone call to K. Palmer (x2), unavailable left messages | 0.30 | | JLK |
| 7/20/10 | Phone conf w/ K Palmer RE: Formal request to resolve unavailable witness issue | 0.25 | | JLK |
| 7/27/10 | Fax to E. Condon w/ signed Mediation Agreement, Confidentiality Agreement & Fee Agreement attached 10 p | 0.30 | | JLK |
| 7/27/10 | Corr via email w/ Dean/Stacy, Stephenson RE: Mediation schedule | 0.75 | | JLK |
| 7/27/10 | Begin drafting required statement of case, information and documents requested by Mediator in preparation for 8/2/10 meeting | 2.40 | | JLK |
| 7/27/10 | Phone conf w/ Stephenson RE: Mediation date; travel & lodging | 0.70 | | JLK |
| 7/27/10 | Make travel arrangements for Kearney & Stephenson; best schedule leaves 7/31/10 returns 8/3/10 | 0.75 | | Paralegal |
| 7/28/10 | Rec/Rev email from D. Frantz RE: Elements of SSWF w/ 2 Monitor's Decisions attached as examples 42p | 1.60 | | JLK |
| 7/29/10 | Continue research/final draft material for Mediator; & review for that purpose | 5.20 | | JLK |
| 7/30/10 | Phone conf w/ Levie RE: Mediation | 0.30 | | JLK |
| 7/31/10 | Travel to DC (Home to LR airport; fly to BMI; pick up and transport to DC 8hrs) in DC for rest of night | 8.00 / 24.00 | $762.50 | JLK |
| 8/1/10 | In Washington DC all day: (Conf w/ Stephenson and O'Brien to review documents in preparation for Mediation 9.5hrs) (no hotel costs) | 9.50 / 24.00 | | JLK |
| 8/2/10 | In Washington DC all day (Mediation, including preparation time and travel time to and from 13hrs) (no hotel costs) | 13.00 / 24.00 | | JLK |

| Date | Description | Hours | Amount | Who |
|---|---|---|---|---|
| 8/3/10 | In Washington DC all day waiting for flight (drive to airport/return flight to St. Louis to LR & airport wait time 18.5hrs) | 18.50 / 24.00 | | JLK |
| 8/2/10 | Meal receipts for Kearney/Stephenson | | $121.25 | |
| 8/9/10 | Time sheet review and bill preparation | 1.50 | | Paralegal |
| 8/10/10 | Time sheet review and bill preparation | 7.00 | | Paralegal |
| 8/10/10 | Rec/Rev email from P. Dean RE: Stephenson payment information | 0.15 | | JLK |
| 8/12/10 | Rec/Rev corr from P. O'Brien RE: bill for economic consulting on Stephenson Claim | 0.30 | $17,800 | JLK |
| 8/13/10 | Cor to P. Dean RE: Settlement Agreement & Agreement to Release Claims of Stephenson | 0.30 | | JLK |
| 8/25/10 | Rec/Rev email from P. Dean RE: Stephenson payment | 0.10 | | JLK |
| 8/25/10 | Corr to Stephenson RE: Payment awaiting issuance by Treasury | 0.20 | | JLK |
| 9/1/10 | Rec/Rev email from P. Dean RE: Information sent to Treasury | 0.20 | | JLK |
| 12/3/10 | Rec/Rev corr from Mediation Firm RE: Closure of Stephenson file & review form | 0.20 | | JLK |
| | **Total Attorney hours for the period of 6/1/10 through 5/31/11 @ $475 per hour** | **137.60** | **$65,360** | |
| | **Total Paralegal hours for the period of 6/1/10 through 5/31/11 @ $135 per hour** | **34.00** | **$4,590** | |
| 11/10/11 | Rec/Rev corr from P. O'Brien inquiring about payment for services | 0.20 | | JLK |
| 11/26/11 | Time sheet review and bill preparation | 4.00 | | Paralegal |
| 11/30/11 | Time sheet review and bill preparation | 7.00 | | Paralegal |
| 12/1/11 | Time sheet review and bill preparation | 6.00 | | Paralegal |
| 12/10/11 | Time sheet review and bill preparation | 3.00 | | Paralegal |
| 12/12/11 | Time sheet review and bill preparation | 6.00 | | Paralegal |
| 12/13/11 | Time sheet review and bill preparation | 5.00 | | Paralegal |
| | **Total Attorney hours for the period of 6/1/11 through 5/31/12 @ $495 per hour** | **0.20** | **$99** | |

Total Paralegal hours for the period of 6/1/11        31.00            $4,340
through 5/31/12 @ $140 per hour

**Total Attorney Working Hours**            606.45

**Total Attorney Downtime Hours:**          76.00

**Total Paralegal Working Hours:**          80.85

**Total Pages/Copies @ $0.25 each:**        9,501

**Total Attorney Fees:**                    $260,311.00

**Total Paralegal Fees:**                   $10,312.00

**Total Expenditures (itemized separately):**   $21,817.92

**Total Pages/Copies expenditure:**         $2,375.25

            **GRAND TOTAL:**                $294,816.20