IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TIMOTHY C. PIGFORD, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action |
| v. | ) | No. 97-1978 (PLF) |
| | ) | |
| TOM VILSACK | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CECIL BREWINGTON, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action |
| v. | ) | No. 98-1693 (PLF) |
| | ) | |
| TOM VILSACK | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION STAYING PROCEEDINGS
ON FEE PETITION OF PHILLIP FRAAS (#1917)**

WHEREAS, attorney Phillip Fraas on behalf of Claimant Edward Scott filed a petition on January 21, 2014, seeking $918,513.50 in fees and costs for his work on Mr. Scott's Track B claim from 2006-present (#1917), and

WHEREAS, Defendant filed its Response to the fee petition of Mr. Fraas on July 15, 2014 (#1934), and

WHEREAS, the parties have engaged in mediation efforts pursuant to Local Rule 84, and those efforts have led to agreement in principle on a settlement of the fee petition, which settlement

is subject to final documentation in a definitive Settlement Agreement that is currently being drafted,

NOW THEREFORE, the undersigned parties stipulate and agree that further proceedings concerning the January 21, 2014 fee petition filed by Phillip Fraas should be stayed for a period of thirty days to allow finalization of the parties' settlement terms.  Upon such finalization, the parties shall notify the Court that Mr. Fraas's fee petition has been resolved.

**For Edward L. Scott:**

     /s/ Sean W. Colligan
SEAN W. COLLIGAN, ESQ.
Stinson Leonard Street LLP
1201 Walnut Street
Suite 2900
Kansas City, MO 64106-2150
Telephone:  (816) 691-3384

**For Defendant:**

     /s/ Stephen Elliott
STEPHEN ELLIOTT, ESQ.
Civil Division
United States Department of Justice
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-8177

SO ORDERED:

_____
PAUL L. FRIEDMAN
U.S. District Judge

Dated:_____