# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **TIMOTHY PIGFORD, et al.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 97-1978 (PLF)** |
| | : | |
| **ANN VENEMAN, Secretary,** | : | |
| United States Department of Agriculture, | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

_____:

_____

|  |  |  |
|---|---|---|
| **CECIL BREWINGTON, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 98-1693 (PLF)** |
| | : | |
| **ANN VENEMAN, SECRETARY,** | : | |
| United States Department of Agriculture, | : | |
| | : | |
| **Defendant.** | : | |

_____:

## MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES, INCURRED BY FAYA ROSE TOURE' F/K/A ROSE M. SANDERS, FOR IMPLEMENTATION WORK DURING THE PERIOD FROM September 1, 2014 – December 30, 2014

**COMES NOW** class counsel Rose M. Sanders, A/K/A Faya Rose Toure',

pursuant to the Order of the Court regarding attorney fees and cost, and moves this court

to order Defendant to pay legal fees, cost and expenses, in the amount of **Seventeen**

**Thousand Two Hundred and Twelve and 00/100 ($17,212.00) Dollars,** for work done

by Rose M. Sanders in implementing the Consent Decree, for the period from September

1, 2014 through December 30, 2014.

1

Respectfully submitted,

**/s/Rose M. Sanders_____**
**Co-Lead Counsel**
**Chestnut, Sanders, Sanders,**
**& Pettaway,  L.L.C.**
**1 Union Street**
**Selma, Alabama 36701**
**(334) 526-4534 – Telephone**
**(334)  526-4535 (fax)**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion for Attorneys' Fees, Costs and Expenses for Implementation Work for Henry Sanders only, was sent by facsimile, and regular mail this 30th day of December 2014 to:

Phillip L. Fraas, Esq.
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006

David Frantz
Conlon, Frantz, Phelan & Pires, LLP
1818 N Street, NW, Suite 700
Washington, D. C.  20036

Michael Sitcov
U.S. Department of Justice
Civil Division
20 Massachusetts Avenue, NW
Washington, DC  20001

Michael Lewis
ADR Associates
1666 Connecticut Avenue, NW
Suite 500
Washington, D. C.  20009


**/rs/Faya Rose Toure' f/k/a Rose M. Sanders**
**OF COUNSEL**

DB04/0836770.0002/11607745.1  WP14

**STATE OF ALABAMA**

                                              **UNSWORN DECLARATION**

**COUNTY OF DALLAS**

        My name is Faya Rose Toure', formerly Rose M. Sanders.  I am formerly of the Chestnut, Sanders, Sanders & Pettaway, L.L.C, but no longer with the firm.

        I give this statement freely, voluntarily and upon my own personal knowledge and belief.

        I helped to compile this attorney fee request for the Quarter ending December 30, 2014.  I am familiar with the work performed. I am also familiar with the need and necessity of such work as it relates to implementation and defense of the consent decree. This Unsworn Declaration is for Faya Rose Toure', formerly Rose M. Sanders.

        This attorney fee petition is submitted in good faith and for work appropriately done.  We have gone through each submission and applied historical rates to the billings in an effort to fairly charge for the work done.  Thus, we request payment.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed On:

 December 30, 2014_____            /s/Faya Rose Toure' fka Rose M. Sanders
Date                                 Signature

DB04/0836770.0002/11607745.1  WP14

**FIRM NAME: CHESTNUT, SANDERS, SANDERS & PETTAWAY, LLC**

**IN RE:  PIGFORD, ET AL, V. VENEMAN, ET AL**

**September 1, 2014 – December 30, 2014**

| NAME | POSITION | YEAR ADMITTED | BILLING RATE | LAFFEY RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|
| Rose M. Sanders | | 1972 | 500.00 | 520.00 | 33.1 | $17,212.00 |
| | | | | | | |
| | | | | | | |
| Total | | | | | | |

**Rose M. Sanders**
**Travel Hours:**     **0.0**
**Billable Hours:**    **33.1**

**TOTAL DUE:**     **$      17,212.00**

DB04/0836770.0002/11607745.1  WP14

**CHESTNUT, SANDERS, SANDERS,**
**& PETTAWAY, LLC**
**Attorneys at Law**
**Post Office Box 1290**
**Selma, AL  36701**
**(334) 875-3905**

**PIGFORD VS. VENEMAN**

**EXPENSES INCURRED FROM**
**September 1, 2014 – December 30, 2014**

| | |
|---|---|
| **Total** | **$ 0.00** |

DB04/0836770.0002/11607745.1  WP14

# CHESTNUT, SANDERS, SANDERS, & PETTAWAY, L.L.C.

**P. O. BOX 1290**
**SELMA, AL 36702**
**(334) 875-9264**

**ATTORNEY ROSE SANDERS**
**AKA**
**FAYA ROSE TOURE'**
**Pigford I**
**September 1, 2014 – December 30, 2014**

| DATE | DESCRIPTION | HOUR |
|---|---|---|
| 09.02.14 | Reviewed emails re wind-down stipulation/reviewed stipulation; emailed David & Phil my concerns about unpaid heirs/estate; talked with Hank about matter | 1.8 |
| 9.20.14 | Reviewed emails re order Ombudsman invoice; reviewed invoice | 0.3 |
| 9.29.14 | Read email from P. Fraas re proposed changes to stipulation; read email from David re wind-down stipulation/read redraft/compared to March 13th draft; discussed issues of unpaid heirs with H. Sanders | 1.4 |
| 10.8.14 | Reviewed emails re national archives from Kellem; reviewed files re archives & concerns about Tuskegee, University; called dean; reviewed language re proposed fee; reviewed notes and discussions about archives; drafted letter to Federation re status of issue re Abraham Track B Claim/opposition to Veneman's attorneys fee; reviewed letter from S. Carpenter to Judge Friedman re archives; | 2.2 |
| 10.12.14 | Read email from Nicole re fees & account | 0.1 |
| 10.14.14 | Checked and reviewed emails re various motions | 0.2 |
| 10.22.14 | Read emails dating back to October 20th re motion to set aside judgment, relief from judgment (Oct. 20th); motion to extend time (Oct. 21), P Fraas' fee petition (Oct. 21); Phil reply to Cross Motion (Oct 22) | 0.7 |
| 10.23.14 | Reviewed emails re wind-down stipulation; noted and discussed changes | 1.1 |

6

| | | |
|---|---|---|
| 10.27.14 | **Read email from R. Bithell re unclaimed funds; reviewed files of our clients who have not claimed funds in Wilcox County; talked about the Judge's concerns about stipulation with Hank; tried to call Phil; read emails re stipulation and discussed concerns that government won't agree to pay for telephone line; called John Zippert to discuss the issue;** | **1.7** |
| 10.28.14 | **Reviewed stipulation closely; noted omitted language/called D. Frantz; talked with Hank re concerns about missing language; called P. Fraas; emailed David & Phil about my concerns and language for the stipulation; talked to several farm advocates re government refusal to pay for phone lines;** | **1.2** |
| 10.30.14 | **Reviewed email from P. Fraas re clause related to estate checks; reviewed revised language in stipulation** | **0.3** |
| 10.31.14 | **Reviewed government's changes to wind-down stipulation; reviewed notes re issues of excluded heirs? Called Phil; wrote email re my concerns; talked to David & Phil about my concerns; talked to Phil re outstanding issues with wind-down stipulation** | **1.7** |
| 11.01.14 | **Read Phil's emails re proposed language re estate checks; read stipulation; worked on revision to language re estate checks; discussed with Hank/Epiq should not re-issue checks;** | **1.6** |
| 11.08.14 | **Read emails re Phil's fee petition language;** | **0.1** |
| 11.10.14 | **Read email re government concerns about language; revision of language re mootness of issue; drafted a response to T. Moore's concerns about misdirected funds being made a part of stipulation; discussed response with Hank; decided not to send response** | **1.3** |
| 11.16.14 | **Read emails re mis-directed funds/stipulated (dated Nov. 13th), and other matters** | **0.4** |
| 11.18.14 | **Checked/reviewed emails** | **0.2** |
| 11.21.14 | **Read emails re proposed order; reviewed file on the 3rd amended proposed order** | **0.6** |
| 11.22.14 | **Read Nov. 21st email re proposed order and fee petition; reviewed changes in stipulation** | **0.8** |
| 11.24.14 | **Reviewed email from David & revised stipulation** | **0.4** |

DB04/0836770.0002/11607745.1 WP14

| | | |
|---|---|---|
| 11.25.14 | **Read email & attachment/stipulation & order & email from T. Moore** | **0.3** |
| 1128.14 | **Read emails with attachments/stipulation & order; noted changes** | **0.9** |
| 12.03.14 | **Reviewed emails re A Bates; reviewed email re C. Brewington & revised stipulation** | **0.2** |
| 12.04.14 | **Read order to vacate re claim of C. Brewington; read email from David re revised wind-down stipulation** | **0.3** |
| 12.06.14 | **Reviewed and read emails dated Dec. 2-5th** | **0.2** |
| 12.10.14 | **Reviewed order re denial of motion filed by Bates; read motion for attorney fees and attachments** | **0.6** |
| 12.11.14 | **Read email from David re fee petition; read email to T. Moore re petitions; read motion for Relief  from judgment** | **0.2** |
| 12.13.15 | **Read email from A. Marks re payments to judgment fund; discussed matter with Hank; tried to find the letter revealing the problem/checked records to determine if payment of $3K had been received by firm; talked with Hank again to determine if firm will accept settlement or return the payment** | **3.6** |
| 12.14.14 | **Read series of emails forwarded by Hank from A. Marks re settlement of non-credit claims; read letter from Marks proposing settlement and payment due Frantz; talked back to Hank to confirm settlement** | **1.2** |
| 12.18.14 | **Reviewed emails from T Moore & French re revised stipulation; tried to locate & review Stephenson's petition; reviewed emails re Cross/Kearney petition/tried to reach Cross; talked to Sanders regarding additional fee petitions; discussed Claimants that we have not billed for** | **0.8** |
| 12.19.14 | **Read Frantz's email to Fraas re proposed response fee petition of D. Frantz & discussed; read revised stipulation with regard to fee petitions;** | **1.2** |
| 12.20.14 | **Read  email from R. Bithell re Minor's claim; tried to call D. Frantz; read Newmark's email re proposal for wind-down stipulation; reviewed stipulation to assess impact of changes – wrote four emails re** | **2.1** |

| | | | |
|---|---|---|---|
| | | unpaid heirs; reviewed emails re order/Ombudsman's invoice; reviewed invoice; discussed with Hank the government's position on unpaid heirs | |
| 12.23.14 | | Read email from R. Bithell re William & Mary Minor's claim issue; checked to see if this is the same Minor that lives in Selma; ph call to Mary Minor; read email re Kearney's Motion for Attorney's fees; reviewed motion for expenses & time/Vilsack; talked to Hank re Minor matters resolved | 1.1 |
| 12.27.14 | | Reviewed emails with attachments/stipulation forwarded by T. Moore;  reviewed stipulation; discussed preparation of time with assistant | 1.1 |
| 12.29.14 | | Reviewed time; revised; discussed time with assistant | 0.3 |
| 12.30.14 | | Final review of time; discussed new theory or Epic's liability for mistakes, mispaid heirs & wind-down issues with P. Fraas | 0.9 |
| | | **Total Hours** | **33.1** |

**Travel Hours**        0.0
**Billable Hours**      33.1      X $520.00 = $ 17,212.00

**Total  Due**                        $ 17,212.010