UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
TIMOTHY PIGFORD et al.,                 )
                                        )
        Plaintiffs,                     )
                                        )
    v.                                  )   Civil Action No. 97-1978 (PLF)
                                        )
SONNY PERDUE, Secretary,                )
United States Department of Agriculture,)
                                        )
        Defendant.                      )
_____ )
                                        )
CECIL BREWINGTON et al.,                )
                                        )
        Plaintiffs,                     )
                                        )
    v.                                  )   Civil Action No. 98-1693 (PLF)
                                        )
SONNY PERDUE, Secretary,                )
United States Department of Agriculture,)
                                        )
        Defendant.                      )
_____ )

ORDER

For the reasons set forth in the opinion issued this same day, it is hereby

ORDERED that defendant's motion [Dkt. No. 2057] to dismiss the petition for monitor review is GRANTED; and it is

FURTHER ORDERED that the petition for monitor review of Maurice McGinnis, claim no. 12512, is DISMISSED.

SO ORDERED

_____/s/_____
PAUL L. FRIEDMAN
DATE:  May 31, 2018                                              United States District Court