# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 19-5023**                      **September Term, 2019**

1:98-cv-01693-PLF
1:97-cv-01978-PLF

**Filed On: April 14, 2020** [1838105]

Timothy C. Pigford, et al.,

       Appellee

     v.

Sonny Perdue, Secretary, United States
Department of Agriculture,

       Appellee

Maurice McGinnis, by his conservator
Derrick K. Jones,

       Appellant

------------------------------

Consolidated with 19-5027

## M A N D A T E

In accordance with the judgment of February 21, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                           BY:     /s/
                                         Daniel J. Reidy
                                         Deputy Clerk

Link to the judgment filed February 21, 2020